

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-22-00246-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| CHRISTOPHER THRASHER, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20220D03279) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the grant of a new trial. We therefore reverse the order granting Appellee's motion for new trial, reinstate the jury's verdict, and the trial court's judgment. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2023.


GINA M. PALAFOX, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.